United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 17, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 04-40819
Conference Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARAZAEL IVAN ZAVALA-FLORES, also known as Arazael Ivan Zavala
Flores,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:04-CR-147-ALL
--------------------

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

Arazael Ivan Zavala-Flores (Zavala) appeals the 57-month

sentence imposed after he pleaded guilty to one count of illegal

reentry into the United States.  See 8 U.S.C. § 1326.

Zavala contends that 8 U.S.C. § 1326(b) is unconstitutional

and that this court should vacate his sentence and remand his

case for resentencing to no more than two years in prison under

8 U.S.C. § 1326(a).  As he concedes, this contention is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S. 224 (1998).

Zavala also contends that he is entitled to resentencing because the district court sentenced him under a mandatory application of the federal sentencing guidelines contrary to the rule of <u>United States v. Booker</u>, 125 S. Ct. 738, 756-57, 769 (2005). We review for plain error. <u>See</u> <u>United States v. Valenzuela-Quevedo</u>, 407 F.3d 728, 732 (5th Cir. 2005), <u>petition for cert. filed</u> (July 25, 2005) (No. 05-5556). Although there was an error, Zavala has failed to demonstrate a sufficient probability "that the district judge would have imposed a different sentence" under advisory guidelines. <u>See</u> <u>id.</u> at 733. Zavala thus fails to show that the error affected his substantial rights as he must do to meet the plain-error standard. <u>See</u> <u>id.</u>; <u>United States v. Mares</u>, 402 F.3d 511, 502, 521-22 (5th Cir. 2005), <u>petition for cert. filed</u> (Mar. 31, 2005) (No. 04-9517).

The judgment of the district court is AFFIRMED.